STATE OF NEW JERSEY v. LINWOOD TAYLOR.

October 3, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD CRANER.

October 3, 1972. Petition for certification denied.

JAMES HAMIDY t/a LANDIS TAVERN v.
TOWNSHIP OF DEERFIELD, *ET AL.*

October 3, 1972. Petition for certification denied.

MERCHANTS MUTUAL INSURANCE COMPANY, *ET AL.* v.
HAROLD DONENFELD, IND., *ETC.*

October 3, 1972. Petition for certification denied.

NEW JERSEY SIGN ERECTORS, INC. v. BOARD OF
ADJUSTMENT OF THE TOWNSHIP OF WAYNE, *ET AL.*

October 3, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY GILL.

October 3, 1972. Petition for certification denied.